**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EVELYN MARTINEZ,**

    **Plaintiff,**

**-vs-**                  **Case No. 6:05-cv-1875-Orl-18DAB**

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

  This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **[RENEWED] APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. No. 6)**
>
> **FILED:** January 9, 2006
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.
>
> **MOTION:** **MOTION FOR CHANGE OF VENUE (Doc. No. 5)**
>
> **FILED:** January 9, 2006
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

  In order to proceed *in forma pauperis*, Plaintiff must allege a non frivolous cause of action within the limited jurisdiction of the federal courts. Plaintiff's complaint is unclear and ambiguous

as to who the Defendant is, what relief is sought, and what the legal basis is for seeking relief. Moreover, Judge Sharp previously denied Plaintiff's application to proceed *in forma pauperis* for the vagueness and lack of any specific allegation in her claim.  *See* Doc. No. 4.  At that time, Judge Sharp directed Plaintiff to either make her claim against Defendant public or, in the alternative, withdraw the case from this Court.  Doc. No. 4.  Instead of amending her complaint, Plaintiff merely filed a Motion to Change Venue to the Jacksonville Division because the Orlando division "has violated the Plaintiff's civil rights and has deliberately denied the Plaintiff due process" and has shown "excessive bias and prejudice" against her.  Doc. No. 5.

It is recommended that Plaintiff's application be denied and that the action be dismissed if Plaintiff fails to pay the required filing fee within 11 days from the date of any Order adopting or affirming this Report and Recommendation.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 18, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy