**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EVELYN MARTINEZ,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:05-cv-1875-Orl-18DAB**

**UNITED STATES OF AMERICA,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PERMISSION TO APPEAL *IN FORMA PAUPERIS* (Doc. No. 12)** |
| **FILED:** | **March 30, 2006** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

In reviewing an application to proceed *in forma pauperis*, the Court may dismiss the case or refuse to permit it to continue without payment of fees "if satisfied that the action is frivolous or malicious." 28 U.S.C. § 1915(d) (1988). In her Complaint (Doc. No. 1), Plaintiff vaguely alleges violations of 42 U.S.C. § 1983, the Federal Tort Claims Act, and claims for "wrongful acts and conspiracy in the obstruction, [and] depravation" against the Department of Justice and the Federal Bureau of Investigation for allegedly conducting surveillance on her and failing to turn over to her their "files" about her. Doc. No. 1. Plaintiff's Complaint fails to set forth any facts whatsoever to support the counts asserted, and is unclear what relief she seeks or the legal bases for relief.

Judge Sharp denied Plaintiff's initial application to proceed *in forma pauperis* and her motion to seal the case. Doc. No. 4. Plaintiff filed a renewed application to proceed *in forma pauperis* and this Court recommended denial. Doc. No. 7. Judge Sharp adopted the recommendation and ordered Plaintiff to pay the filing fee, which she did not do. Doc. No. 9. Judge Sharp subsequently dismissed Plaintiff's Complaint for failure to comply with the Court's order to pay the filing fee. Doc. No. 10. Plaintiff filed a notice of appeal on March 30, 2006 and seeks once again to proceed *in forma pauperis*, although no new application (with details of her financial status) has been filed.

Accordingly, it is respectfully recommended that the application to proceed *in forma pauperis* be **DENIED** and the action be **DISMISSED** if Plaintiff fails to pay the filing fee within 11 days of any order approving this Report and Recommendation.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida this 10th day of May, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy