UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVELYN MARTINEZ,

    Plaintiff,

-vs-                                           Case No. 6:05-cv-1875-Orl-18DAB

UNITED STATES OF AMERICA,

    Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion to Appeal *In Forma Pauperis* (Doc. 12). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff has eleven (11) days from the date of this order to pay the filing fee or the case will be **DISMISSED** with no further notice.

It is **SO ORDERED** in Orlando, Florida, this _____ day of May, 2006.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Pro se plaintiff
Counsel of Record
United States Magistrate Judge